NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CHARLES PHILLIP ROMANO, | Case No. 5:19-cv-02174-JC |
| Plaintiff, | **JUDGMENT FOR REMAND** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 10, 2020

                                                /s/
                                     Honorable Jacqueline Chooljian
                                     United States Magistrate Judge